UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DELIA BIBAR HOUPT,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:15-CV-05463-KLS<br><br><br>ORDER ON STIPULATED REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will:

(1) allow Plaintiff to submit additional evidence and arguments;

(2) hold a de novo hearing and issue a new decision;

(3) reassess Plaintiff's residual functional capacity;

(4) continue with the sequential evaluation process; and determine Plaintiff's ability to perform past relevant work or other work, obtaining, if necessary, vocational expert testimony that is consistent with the dictionary of occupational titles (DOT); and

(5) take any other actions necessary to develop the record.

Page 1     ORDER - [3:15-CV-05463-KLS]

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

DATED this 12th day of January, 2016.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Danielle R. Mroczek
DANIELLE R. MROCZEK
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2946
Fax: (206) 615-2531
danielle.mroczek@ssa.gov